IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>A). ASSORTED JEWELRY VALUED AT $27,458.00, WHICH CONSIST OF CURB LINK NECKLACE 14 KARAT, YELLOW SOLID GOLD. THAT MEASURES 29 INCHES LONG, 10.61 MM, WIDTH AND WEIGHING 223 GRAMS. HIDDEN RECTANGULAR CLASP CONTAINS TWO EIGHT SECURITY WITH 68 BRILLIANT SHAPE CUBIC ZIRCONIA;<br><br>B). 2008 HONDA ACCORD CAR, VIN: 1HGCP26448A069991, PUERTO RICO LICENSE PLATE: ISI-419;<br><br>C). 2008 YAMAHA FX SUPERCHARGED (JETSKI), VIN: YAMA4189E808, PUERTO RICO LICENSE PLATE: PR-5170-EE;<br><br>D). 2008 CONTINENTAL TRAILER WC3A12, VIN: 1ZJBE14178M059486, PUERTO RICO LICENSE PLATE: 113363A;<br><br>E). 2011 POLARIS VEHICLE, VIN: 4XAXY76A7BB077012, PUERTO RICO LICENSE PLATE: FUA-769;<br><br>F). NINE HUNDRED TWENTY SIX DOLLARS WITH THIRTY CENTS ($926.30) IN UNITED STATES CURRENCY.<br><br>**Defendants.** | CIVIL NO. 18- |

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

TO THE HONORABLE COURT:

1

COMES NOW, plaintiff, the United States of America, by and through its undersigned attorneys, Rosa Emilia Rodríguez-Vélez, United States Attorney for the District of Puerto Rico; Héctor E. Ramírez-Carbó, Assistant United States Attorney, Chief Civil Division, and Rafael J. López-Rivera, Assistant U.S. Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure.

## NATURE OF THE ACTION

1. This is a civil action <u>in rem</u> brought to enforce the provisions of Title 21, <u>United States Code</u>, Sections 841, 846, 860 and 881; and Title 18, <u>United States Code</u>, Section 2.

## DEFENDANT <u>IN REM</u>

2. The defendant property seized by Task Force Officers of the Drug Enforcement Administration, consist of:

   A). ASSORTED JEWELRY VALUED AT $27,458.00, WHICH CONSIST OF:

       a). CURB LINK NECKLACE 14 KARAT, YELLOW SOLID GOLD. THAT MEASURES 29 INCHES LONG, 10.61 MM, WIDTH AND WEIGHING 223 GRAMS. HIDDEN RECTANGULAR CLASP CONTAINS TWO EIGHT SECURITY WITH 68 BRILLIANT SHAPE CUBIC ZIRCONIA;

       b). CURB LINK BRACELET IN 10 KARAT, YELLOW SOLID GOLD. THAT MEASURES 8 ¾ INCHES LONG, 13.66 WIDTH AND 89.1 GRAMS WITH HIDDEN BOX CLASP CONTAINS TWO EIGHT SECURITY AND SIGNED 10K;

       c). MAN FANCY RING WHICH CONTAINS A 46 BRILLIANT SHAPE CUBIC ZIRCONIA IN PAVE SETTING MOUNTED IN 14 KARATS YELLOW GOLD, WEIGHT 23.7 GRAMS AND 10 SIZE;

       d). SQUARE CUBIC ZIRCONIA 7X7 ONE EARRING MOUNTED IN 10 KARAT YELLOW GOLD FILLED;

       e). PAIR EARRING IN 18 KARAT YELLOW GOLD FILLED CONTAINS 18 BRILLANT CUT CUBIC ZIRCONIA, MOUNTED IN PAVE SETTING WITH PRESION CLASP;

  f). PAIR EARRING IN 14 KARAT YELLOW GOLD CONTAINS 32 BRILLANT CUT DIAMONDS WEIGHING APPROXIMATELY 0.32 CARAT MOUNTED IN PAVE SETTING WITH PRESION CLASP, AND WEIGHT 1.9 GRAMS;

  g). PAIR LETTER B EARRING IN 14 KARAT YELLOW GOLD CONTAINS 18 BRILLANT CUT DIAMONDS WEIGHING APPROXIMATELY 0.18 CARAT MOUNTED IN PAVE SETTING WITH PRESION CLASP, AND WEIGHT 2.4 GRAMS;

  h). BRACELET (71/2 INCHES LONG BY 15.94 MM WIDTH) CONTAINS A 548 CUBIC ZIRCONIA IN PAVE SETTING, MOUNTED IN 10 KARAT YELLOW GOLD WITH HIDDEN BOX CLASP, AND WEIGHT 99.5 GRAMS;

  i). AGUA MASTER YELLOW JESUS MEN'S DIAMOND WATCH ROUND MEN'S WATCH WITH APPROX. 20 PCS OF DIAMONDS, YELLOW DIAL WITH JESUS THEME QUALITY JAPAN MOVEMENT, WATER RESISTANT;

B). 2008 HONDA ACCORD CAR, VIN: 1HGCP26448A069991, PUERTO RICO LICENSE PLATE: ISI-419;

C). 2008 YAMAHA FX SUPERCHARGED (JETSKI), VIN: YAMA4189E808, PUERTO RICO LICENSE PLATE: PR-5170-EE;

D). 2008 CONTINENTAL TRAILER WC3A12, VIN: 1ZJBE14178M059486, PUERTO RICO LICENSE PLATE: 113363A;

E). 2011 POLARIS VEHICLE, VIN: 4XAXY76A7BB077012, PUERTO RICO LICENSE PLATE: FUA-769;

F). NINE HUNDRED TWENTY SIX DOLLARS WITH THIRTY CENTS ($926.30) IN UNITED STATES CURRENCY.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over an action commenced by the United States pursuant to Title 28 <u>United States Code</u>, Section 1345; over an action for forfeiture pursuant to Title 28, <u>United States Code</u>, Section 1355; and over this particular action

pursuant to Title 21, United States Code, Sections 841, 846, 860 and 881; and Title 18, United States Code, Section 2.

4. This Court has in rem jurisdiction over the defendant property pursuant to Title 28, United States Code, Section 1355(b)(1)(A) (acts and omissions giving rise to the forfeiture occurred in this district) and Section 1355(b)(1)(B) (the defendant property is found in this district).

5. Venue is proper in this district pursuant to Title 28, United States Code, Section 1355(b)(1)(A) (acts and omissions giving rise to the forfeiture occurred in this district) and Section 1395 (the defendant property is found in this district).

## BASIS FOR FORFEITURE

6. This is a civil action in rem brought to enforce the provisions of Title 21, United States Code, Section 841 (Unlawful acts), 846 (Attempt and conspiracy), 860 (Distribution or manufacturing in or near schools and colleges, and 881(a)(4) (forfeitures)(All conveyances, including aircraft, vehicles, or vessels, which are used, or are intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of property described in paragraph (1), (2), or (9)).

## FACTS

7. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in the Title 28, United States Code, Section 1746 unsworn declaration of the Drug Enforcement Administration ("DEA"), Task Force Officer, Yanira Montalvo attached hereto, and incorporated herein as if fully stated.

## CLAIM FOR RELIEF

WHEREFORE, the United States of America prays that a warrant of arrest for the

defendant property be issued; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 5th day of February, 2018.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

Héctor E. Ramírez-Carbó
Assistant U.S. Attorney
Chief Civil Division
USDC-PR-NO. 214902
UNITED STATES ATTORNEY'S OFICE
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Phone Number: (787)766-5656
Hector.E.Ramirez@usdoj.gov

Rafael J. López-Rivera
Assistant United States Attorney
USDC-PR No. 221213
UNITED STATES ATTORNEY'S OFICE
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Phone Number: (787) 766-5656
Rafael.j.lopez@usdoj.gov

VERIFIED DECLARATION

I, Rafael J. López-Rivera, Assistant U.S. Attorney, for the District of Puerto Rico, declare under penalty of perjury as provided by Title 28, United States Code, Section 1746, the following:

That the foregoing Complaint is based on reports and information furnished to me by the Drug Enforcement Administration ("DEA"); that everything contained therein is true and correct to the best of my knowledge and belief.

Executed in San Juan, Puerto Rico, this 5th day of February, 2018.

_____
Rafael J. López-Rivera
Assistant U.S. Attorney

VERIFIED DECLARATION

I, Yanira Montalvo, Task Force Officer, DEA, declare as provided by Title 28, United States Code, Section 1746, the following:

I have read the contents of the foregoing Complaint for Forfeiture in Rem and the attached unsworn declaration thereto, and I find the same to be true and correct to the best of my knowledge and belief. I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Juan, Puerto Rico, this 5 day of February, 2018.

_____
Yanira Montalvo, TFO
Drug Enforcement Administration ("DEA")

## UNSWORN DECLARATION

## IN SUPPORT OF FORFEITURE COMPLAINT

### INTRODUCTION

Pursuant to Title 28, United States Code, Section 1746, I, Yanira Montalvo, a Task Force Officer with the United States Drug Enforcement Administration (DEA), of the United States Department of Justice, declare under penalty of perjury that the foregoing is true and correct:

I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7). I am, therefore, an officer who is empowered to conduct criminal investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section, 2516.

I have been a Task Force Officer with the DEA since 2005. As a Task Force Officer, I have been sworn to enforce the laws of Title 21, United States Code, and related offenses under Title 18, United States Code. I am currently assigned to the HIDTA Group 2, in Ponce, Puerto Rico. In addition, I also attended the Task Force Officers DEA Basic Training. The affiant has received training and has participated in criminal investigations, including investigations relating to large-scale cocaine trafficking organizations as a member of the DEA, Ponce, Puerto Rico.

I have received DEA Task Force Officer Basic training and have participated in criminal investigations, including investigations relating to large-scale cocaine trafficking organizations as a member of the DEA, Ponce, Puerto Rico.

During my law enforcement career, I have received detailed instruction in and conducted various complex conspiratorial investigations concerning the unlawful

importation and distribution of controlled substances; the laundering and concealment of drug proceeds; and the illegal use of communication facilities by drug traffickers in furtherance of their criminal activities.

This Unsworn Declaration is submitted in support of a Complaint for Forfeiture in Rem, which involves the offenses detailed in Title 21, United States Code, Sections 841(a)(1), 841(a)(1)(b)(1)(B)(vii), 846, 860, and 881; and Title 18, United States Code, Section 2, particularly the all moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for controlled substance or listed chemical in violation of the subchapter, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of this subchapter. Therefore, I have not set forth each and every fact learned during the course of this investigation.

**PROPERTY TO BE FORFEITED**

A). ASSORTED JEWELRY VALUED AT $27,458.00, WHICH CONSIST OF:

    a). CURB LINK NECKLACE 14 KARAT, YELLOW SOLID GOLD. THAT MEASURES 29 INCHES LONG, 10.61 MM, WIDTH AND WEIGHING 223 GRAMS. HIDDEN RECTANGULAR CLASP CONTAINS TWO EIGHT SECURITY WITH 68 BRILLIANT SHAPE CUBIC ZIRCONIA;

    b). CURB LINK BRACELET IN 10 KARAT, YELLOW SOLID GOLD. THAT MEASURES 8 ¾ INCHES LONG, 13.66 WIDTH AND 89.1 GRAMS WITH HIDDEN BOX CLASP CONTAINS TWO EIGHT SECURITY AND SIGNED 10K;

    c). MAN FANCY RING WHICH CONTAINS A 46 BRILLIANT SHAPE CUBIC ZIRCONIA IN PAVE SETTING MOUNTED IN 14 KARATS YELLOW GOLD, WEIGHT 23.7 GRAMS AND 10 SIZE;

    d). SQUARE CUBIC ZIRCONIA 7X7 ONE EARRING MOUNTED IN 10 KARAT YELLOW GOLD FILLED;

  e).  PAIR EARRING IN 18 KARAT YELLOW GOLD FILLED CONTAINS 18 BRILLANT CUT CUBIC ZIRCONIA, MOUNTED IN PAVE SETTING WITH PRESION CLASP;

  f).  PAIR EARRING IN 14 KARAT YELLOW GOLD CONTAINS 32 BRILLANT CUT DIAMONDS WEIGHING APPROXIMATELY 0.32 CARAT MOUNTED IN PAVE SETTING WITH PRESION CLASP, AND WEIGHT 1.9 GRAMS;

  g).  PAIR LETTER B EARRING IN 14 KARAT YELLOW GOLD CONTAINS 18 BRILLANT CUT DIAMONDS WEIGHING APPROXIMATELY 0.18 CARAT MOUNTED IN PAVE SETTING WITH PRESION CLASP, AND WEIGHT 2.4 GRAMS;

  h).  BRACELET (71/2 INCHES LONG BY 15.94 MM WIDTH) CONTAINS A 548 CUBIC ZIRCONIA IN PAVE SETTING, MOUNTED IN 10 KARAT YELLOW GOLD WITH HIDDEN BOX CLASP, AND WEIGHT 99.5 GRAMS;

  i).  AGUA MASTER YELLOW JESUS MEN'S DIAMOND WATCH ROUND MEN'S WATCH WITH APPROX. 20 PCS OF DIAMONDS, YELLOW DIAL WITH JESUS THEME QUALITY JAPAN MOVEMENT, WATER RESISTANT;

B).  2008 HONDA ACCORD CAR, VIN: 1HGCP26448A069991, PUERTO RICO LICENSE PLATE: ISI-419;

C).  2008 YAMAHA FX SUPERCHARGED (JETSKI), VIN: YAMA4189E808, PUERTO RICO LICENSE PLATE: PR-5170-EE;

D).  2008 CONTINENTAL TRAILER WC3A12, VIN: 1ZJBE14178M059486, PUERTO RICO LICENSE PLATE: 113363A;

E).  2011 POLARIS VEHICLE, VIN: 4XAXY76A7BB077012, PUERTO RICO LICENSE PLATE: FUA-769;

F).  NINE HUNDRED TWENTY SIX DOLLARS WITH THIRTY CENTS ($926.30) IN UNITED STATES CURRENCY.

## BASIS FOR FACTS CONTAINED IN THIS UNSWORN DECLARATION

I make this unsworn declaration, on information that was investigated as follows:

1. On July 13, 2017, twenty seven (27) members of the Jesus D. BENITO-Lopez drug trafficking organization (DTO) were indicted for offenses in violation of Title 21, United States Code, Sections 841(a)(1), 841(a)(1)(b)(1)(B)(vii), 846, 860, and 881; and Title 18, United States Code, Section 2. Alan J. DIAZ-Feliciano was charged for violations to Title 21, United States Code, Section 841(a)(1), 846 and 860.

2. On July 18, 2017, incidental to the execution of the federal arrest warrant for Alan J. DIAZ-Feliciano at Urb. Los Caobos, Guayacan Street 1983, Ponce. Ponce Municipal Police Department's Ponce Tactical Team (PTT) responded to the residence of Alan J. Diaz Feliciano. PTT executed the arrest without incident. Upon knocking on the front door of the residence and making the entry in to house, members of the PTT were able to locate Alan J. DIAZ-Feliciano in the house and placed him under arrest inside of the residence.

3. TFO Ferdinand Rodriguez asked Alexandra Ruiz Quiros who identified herself as the contact person for the residence, for consent to search the residence. Ruiz Quiros signed and approved the consent. After securing the occupants, Agents proceeded to sweep the house with a Puerto Rico Police Department (PRPD) trained K9 handled by Ricardo Santiago Rivera (#22872), to search the apartment for possible firearms. The K9 Thor (#33908) positively hit on items in several areas of the residence, to include Ruiz-Quiros daughter's bedroom and on a chest drawer in the Master room. In the Master room agents seized jewelry that was

4

subsequently seized. In the garage area Agents found a blue Jet Ski with a trailer and a blue Polaris all-terrain vehicle license plate FUA-769.

4. After the search of the house was performed, DIAZ-Feliciano was advice that a PRPD K-9 dog Thor (#33908) alerted at DIAZ-Feliciano's grey Honda Accord. Task Force Officer (TFO) Ferdinand Rodriguez asked DIAZ-Feliciano for consent to search a grey Honda Accord license plate ISI-419, that was subsequently seized, which DIAZ-Feliciano signed and approved. TFO Rodriguez search the car and found in the console an undetermined amount of money that was subsequently seized. While parked at the Ponce DO, Puerto Rico Police Department (PRPD) Agent Jose Zayas (#32915) using K-9 Jarik (#33369), whom is certified to detect narcotics searched inside each of the above listed vehicles.

5. On July 31, 2017, United States Magistrate Judge Marcos E. Lopez signed three Federal Search and Seizure warrants for nine vehicles seized subsequent to the arrests of Jesus D. BENITO-Lopez, Alan J. DIAZ-Feliciano, and Pierre M. TEJADA-Escobar, all of who were indicted on July 13, 2017 for their roles in Operation South Beach.

6. On August 7, 2017, agents from the Ponce District Office (DO) executed the three Federal Search and Seizure warrants on the following vehicles, all of which were located at the Ponce District Office: during the search, agents uncovered a hidden compartment inside of the 2008 gray Honda Accord. The hidden compartment was discovered directly below the passenger seat cushion and was electronically activated. Agents found nothing inside of the hidden compartment when it was

opened. One (1) disc containing the audio/video recording of the opening of the hidden compartment inside of the seized Honda Accord, was made as agents opened the compartment. As per sources of investigation and confidential sources DIAZ-Feliciano was identified as the drug runner of BENITO-Lopez DTO. Agents corroborated this thru (5) crack cocaine and cocaine purchases, recorded phone call conversations and video recordings of the drug purchases. Furthermore DIAZ-Feliciano is unemployed and has no legal records of job related income.

Based upon my training and experience, participation in other investigations, and facts concerning this investigation, I believe that sufficient probable cause exits to show that there is present material evidence of a commission of a violation of a Federal Law and probable cause to forfeit the above mentioned property in violations of Title 21, United States Code, Sections 841(a)(1), 841(a)(1)(b)(1)(B)(vii), 846, 860 and 881, and Title 18, United States Code, Section 2.

Sworn and signed under penalty of perjury, pursuant to Title 28, United States Code, Section 1746, in San Juan, Puerto Rico this 5 of February 2018.

Yanira Montalvo
DEA Task Force Officer
Caribbean Division Office

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Rafael J. López-Rivera, AUSA, 350 Carlos Chardon Ave, Suite 1201, Hato Rey, PR 00918

## DEFENDANTS
a).   ASSORTED JEWELRY VALUED AT $27,458.00, WHICH CONSIST OF CURB LINK NECKLACE 14 KARAT, YELLOW SOLID GOLD. THAT MEASURES 29 INCHES LONG, 10.61 MM, WIDTH AND WEIGHING 223 GRAMS. HIDDEN RECTANGULAR CLASP CONTAINS TWO EIGHT SECURITY WITH 68 BRILLIANT SHAPE CUBIC ZIRCONIA, et al.,

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☒ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability |  | ☐ 710 Fair Labor Standards Act | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  |  |  | **SOCIAL SECURITY** | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General |  | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition |  | ☐ 871 IRS—Third Party 26 USC 7609 |  |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 21, USC, Sections 841, 846, 860 and 881 and Title 18 USC, Section 2

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 2/5/18
SIGNATURE OF ATTORNEY OF RECORD
Rafael J. López-Rivera

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

 **United States District Court** *for the* **District of Puerto Rico**

## CATEGORY SHEET

1. Title of Case (Name of first party on each side only)

   US v. a). ASSORTED JEWELRY VALUED AT $27,458.00, WHICH CONSIST OF CURB LINK NECKLACE 14 KARAT, YELLOW SOLID GOLD. THAT MEASURES 29 INCHES LONG, 10.61 MM, WIDTH AND WEIGHING 223 GRAMS. HIDDEN RECTANGULAR CLASP CONTAINS TWO EIGHT SECURITY WITH 68 BRILLIANT SHAPE CUBIC ZIRCONIA, et al.,

2. 
   - [X] ORDINARY CIVIL CASE
   - [ ] SOCIAL SECURITY
   - [ ] BANK CASE
   - [ ] INJUNCTION
   - [X] CIVIL FORFEITURE

3. Title and number, if any, of related cases (See Local Rules)

4. Has a prior action between the same parties and based on the same claim ever been filed in this Court?
   - [ ] YES
   - [X] NO

5. Is this case required to be heard and determined by a District Court of three judges pursuant to Rule 28 U.S.C. 2284?
   - [ ] YES
   - [X] NO

6. Does this case question the constitutionality of a state statute (FRCP 24)?
   - [ ] YES
   - [X] NO

(Please Print)

USDC ATTORNEY'S ID NO.: 221213

ATTORNEY'S NAME: Rafael J. López-Rivera

MAILING ADDRESS: TORRE CHARDON, SUITE 1201, 350 CARLOS CHARDON AVE
HATO REY   PR   ZIP CODE 00918

TELEPHONE NO.: 787-766-5656